# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2012

Robert P. Young, Jr.,
Chief Justice

144165

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RANDY H. BERNSTEIN, D.P.M.,
       Plaintiff-Appellant,

v

                                      SC:  144165
                                        COA:  299184
                                        Oakland CC:  2008-096538-NM

SEYBURN, KAHN, GINN, BESS & SERLIN,
P.C. and BARRY R. BESS,
       Defendant-Appellees,

_____/

       On order of the Court, the application for leave to appeal the October 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2012

                                      Clerk

h0502